UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Jose Cruz,
Plaintiff

vs.

08CV4873
JUDGE DOW
MAGISTRATE JUDGE NOLAN

FILED
AUG 2 6 2008
AUG 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Roger Walker,
Director of the Illinois Department of Corrections-defendant

Sherry Benton,
Administrative Review Board Chairperson-defendant

David Lingle,
Adjustment Committee Chairperson at Pontiac C.C.-defendant

Ananbelle Motteler,
Adjustment Committee Staff Member at Pontiac C.C.-defendant

Dennis Cross,
Corrections officer at Stateville C.C.-defendant

John Doe'A'-1,
1st shift unknown Correctional officer at Stateville C.C.-defendant

John Doe'A'-2,
1st shift unknown Correctional officer at Stateville C.C.-defendant

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

I Jose Cruz, declare that I am the Plaintiff in the above-entitled case. This affidavit constitutes my application to proceed without full prepayment of fees, and in support of my motion for appointment of counsel. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint. In support of this application, and motion, I answer the following questions under penalty of perjury:

1) Are you currently incarcerated?--**Yes**
   I.D.# R12294, at Hill C.C., in Galesburg, IL, and I receive a monthly stipend of $10 per month from the institution.

2) Are you currently employed?--**NO**
   a) Date of last employment was prior to 2006, at a minimum wage job througha temp agency in Chicago,IL.(Ron's Staffing)

3) Apart from you income stated above in response to question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources?
   a) Salary or wages--**NO**

b) Business, profession, or other self-employment--**No**
c) Rent payments, interest or dividends--**No**
d) Pensions, social security, annuities, life insurance, disability workers' compensation, unemployment, welfare, alimony or maintenance, or child support--**No**
e) Gifts--**Yes**
Approximately $700 yearly sent to me while incarcerated from friends and family
inheritances--**No**
f) Any other sources--**No**

4) Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?--**No**

5) Do you or anyone else living at the same residence have more than $200 in cash or checking or savings account?--**No**

6) Do you or anyone else living at the same residence own any real estate(houses, apartments, condominiums, cooperatives, two-flats three-flats, etc.)?--**No**

7) Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?--**No**

8) I have NO dependents

DATE: 8/9/08

Jose Cruz #B12294
P.O. BOX 1700
Galesburg, IL  61401

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: July 30, 2008

_____
Signature of Applicant

Jose Cruz
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Jose Cruz, I.D.# R12294, has the sum of $ .10 on account to his/her credit at (name of institution) Hill Correctional Center. I further certify that the applicant has the following securities to his/her credit: NONE. I further certify that during the past six months the applicant's average monthly deposit was $ 78.06.
(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

7-30, 2008
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

Cheryl Aplin
(Print name)

rev. 7/18/02

Date: 7/30/2008
Time: 10:14am
d_list_inmate_trans_statement_composite

Case 1:08-cv-04873    Document 3    Filed 08/26/2008    Page 4 of 5

Hill Correctional Center
Trust Fund
View Transactions

Page 1

**Inmate:** R12294 Cruz, Jose                                **Housing Unit:** HIL-R4-B -61

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
|  |  |  |  |  | Beginning Balance: |  | 25.01 |
| 01/17/08 | Disbursements | 84 Library | 017363 | Chk #95912 | 01-16-08, IDOC Central IBF, Inv. Date: 01/16/2008 | -3.40 | 21.61 |
| 01/17/08 | Disbursements | 84 Library | 017363 | Chk #95912 | 01-16-08, IDOC Central IBF, Inv. Date: 01/16/2008 | -.20 | 21.41 |
| 01/17/08 | Point of Sale | 60 Commissary | 017722 | 419828 | Commissary | -20.90 | .51 |
| 01/23/08 | Mail Room | 01 MO/Checks (Not Held) | 023215 | 855212 | Robles, Carmen | 50.00 | 50.51 |
| 02/08/08 | Point of Sale | 60 Commissary | 039721 | 421143 | Commissary | -44.59 | 5.92 |
| 02/14/08 | Mail Room | 01 MO/Checks (Not Held) | 045215 | 857108 | Robles, Carmen | 40.00 | 45.92 |
| 02/15/08 | Payroll | 20 Payroll Adjustment | 046179 |  | P/R month of 01/2008 | .00 | 45.92 |
| 02/19/08 | Disbursements | 82 Debts due to State (non-postage) | 050363 | Chk #96170 | 01-22-08, DOC: 523 Fund Inmate, Inv. Date: 01/22/2008 | -5.00 | 40.92 |
| 02/25/08 | Mail Room | 01 MO/Checks (Not Held) | 056215 | 241349 | Cruz, Denita | 50.00 | 90.92 |
| 02/25/08 | Point of Sale | 60 Commissary | 056721 | 422173 | Commissary | -88.11 | 2.81 |
| 03/12/08 | Payroll | 20 Payroll Adjustment | 072179 |  | P/R month of 02/2008 | .15 | 2.96 |
| 03/14/08 | Mail Room | 01 MO/Checks (Not Held) | 074215 | 860171 | Robles, Carmen | 40.00 | 42.96 |
| 03/17/08 | Disbursements | 84 Library | 077363 | Chk #96515 | 03-17-08, IDOC Central IBF, Inv. Date: 03/17/2008 | -.10 | 42.86 |
| 03/17/08 | Disbursements | 81 Legal Postage | 077363 | Chk #96527 | 03/05, DOC: 523 Fund Inmate Re, Inv. Date: 03/05/2008 | -1.99 | 40.87 |
| 03/17/08 | Disbursements | 80 Postage | 077363 | Chk #96527 | 02-20-08, DOC: 523 Fund Inmate, Inv. Date: 02/20/2008 | -.97 | 39.90 |
| 03/20/08 | Point of Sale | 60 Commissary | 080705 | 424978 | Commissary | -31.26 | 8.64 |
| 04/09/08 | Payroll | 20 Payroll Adjustment | 100179 |  | P/R month of 03/2008 | 1.53 | 10.17 |
| 04/17/08 | Disbursements | 84 Library | 108363 | Chk #96863 | 04-14-08, IDOC Central IBF, Inv. Date: 04/14/2008 | -2.80 | 7.37 |
| 04/17/08 | Disbursements | 80 Postage | 108363 | Chk #96876 | 03-21-08, DOC: 523 Fund Inmate, Inv. Date: 03/21/2008 | -3.96 | 3.41 |
| 04/17/08 | Disbursements | 81 Legal Postage | 108363 | Chk #96876 | 03-25-08, DOC: 523 Fund Inmate, Inv. Date: 03/25/2008 | -.17 | 3.24 |
| 04/17/08 | Disbursements | 81 Legal Postage | 108363 | Chk #96876 | 03-25-08, DOC: 523 Fund Inmate, Inv. Date: 03/25/2008 | -.17 | 3.07 |
| 04/17/08 | Disbursements | 80 Postage | 108363 | Chk #96876 | 03-25-08, DOC: 523 Fund Inmate, Inv. Date: 03/25/2008 | -.17 | 2.90 |
| 04/22/08 | Mail Room | 01 MO/Checks (Not Held) | 113215 | 864177 | Robles, Carmen | 40.00 | 42.90 |
| 04/22/08 | Point of Sale | 60 Commissary | 113705 | 426351 | Commissary | -42.42 | .48 |
| 05/07/08 | Mail Room | 01 MO/Checks (Not Held) | 128215 | 20073766762 | Bonilla, D | 50.00 | 50.48 |
| 05/09/08 | Payroll | 20 Payroll Adjustment | 130179 |  | P/R month of 04/2008 | 1.83 | 52.31 |
| 05/16/08 | Disbursements | 84 Library | 137363 | Chk #97109 | 05-13-08, IDOC Central IBF, Inv. Date: 05/13/2008 | -2.50 | 49.81 |
| 05/16/08 | Disbursements | 81 Legal Postage | 137363 | Chk #97122 | 05-02-08, DOC: 523 Fund Inmate, Inv. Date: 05/02/2008 | -.34 | 49.47 |
| 05/21/08 | Point of Sale | 60 Commissary | 142705 | 429342 | Commissary | -49.41 | .06 |
| 05/22/08 | Mail Room | 01 MO/Checks (Not Held) | 143215 | 866429 | Ruelas, Jose | 40.00 | 40.06 |
| 06/10/08 | Point of Sale | 60 Commissary | 162724 | 430714 | Commissary | -39.93 | .13 |
| 06/12/08 | Mail Room | 01 MO/Checks (Not Held) | 164215 | 869694 | Robles, Carmen | 40.00 | 40.13 |
| 06/13/08 | Payroll | 20 Payroll Adjustment | 165179 |  | P/R month of 05/2008 | 4.83 | 44.96 |
| 06/17/08 | Disbursements | 84 Library | 169363 | Chk #97413 | 06-17-08, IDOC Central IBF, Inv. Date: 06/17/2008 | -.60 | 44.36 |
| 06/20/08 | Mail Room | 01 MO/Checks (Not Held) | 172215 | 004142 | Topley, Marsha | 25.00 | 69.36 |
| 06/25/08 | Point of Sale | 60 Commissary | 177721 | 432086 | Commissary | -66.05 | 3.31 |
| 06/26/08 | Mail Room | 01 MO/Checks (Not Held) | 178215 | 245911 | Bonilla, Denita | 40.00 | 43.31 |
| 07/11/08 | Payroll | 20 Payroll Adjustment | 193179 |  | P/R month of 06/2008 | 5.00 | 48.31 |
| 07/17/08 | Disbursements | 84 Library | 199363 | Chk #97738 | 07-14-08, IDOC Central IBF, Inv. Date: 07/14/2008 | -.40 | 47.91 |
| 07/17/08 | Disbursements | 80 Postage | 199363 | Chk #97753 | 07-07-08, DOC: 523 Fund Inmate, Inv. Date: 07/07/2008 | -2.19 | 45.72 |
| 07/24/08 | Mail Room | 01 MO/Checks (Not Held) | 206215 | 872852 | Ruelas, Jose | 40.00 | 85.72 |

Date: 7/30/2008  
Time: 10:14am  
rd_list_inmate_trans_statement_composite*

Hill Correctional Center  
Trust Fund  
View Transactions

Page 2

**Inmate: R12294 Cruz, Jose**  **Housing Unit: HIL-R4-B -61**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 07/30/08 | Point of Sale | 60 Commissary | 212705 | 434015 | Commissary | -85.62 | .10 |

|  |  |
|---|---|
| Total Inmate Funds: | .10 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .10 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

```
        0 . *

       50.00+
       40.00+
       50.00+
        0.15+
       40.00+
        1.53+
       40.00+
       50.00+
        1.83+
       40.00+
       40.00+
        4.83+
       25.00+
       40.00+
        5.00+
       40.00+
      468.34o

      468.34÷
        6.=
       78.06*
```