UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Jose Cruz,
Plaintiff

vs.

) 08CV4873
) JUDGE DOW
) MAGISTRATE JUDGE NOLAN

FILED
AUG 28 2008
AUG 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Roger Walker,
Director of the Illinois Department of Corrections-defendant

Sherry Benton,
Administrative Review Board Chairperson-defendant

David Lingle,
Adjustment Committee Chairperson at Pontiac C.C.-defendant

Anabelle Motteler,
Adjustment Committee Staff Member at Pontiac C.C.-defendant

Dennis Cross,
Corrections officer at Stateville C.C.-defendant

John Doe'A'-1,
1st shift unknown Correctional Officer at Stateville C.C.-defendant

John Doe'A'-2,
1st shift unknown Correcitonal officer at Stateville C.C.-defendant

## MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C. § 1915(e)(1), Plaintiff, Jose Cruz moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

1) Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2) Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are of a complex nature, and will require significant research, and investigation. Plaintiff has limited access to the law library, and limited knowledge of the law.

3) The plaintiff has only a high school education, and has no legal education.

4) The Plaintiff is under a doctor's care for psychological reasons which further put him in a disadvantage.

5) A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence, and cross examine witnesses.

6) Plaintiff has made efforts to obtain a lawyer. Attached to this motion are copies of letters; written to various legal firms, and

their responses.

Wherefore, Plaintiff, Jose Cruz, requests that the Court appoint counsel to represent him in this case.

DATE: 8/7/08

*[signature]*
Jose Cruz #B12294
P.O. Box 1700
Galesburg, Il. 61401

24 August 2007

To whom it concern,

    I the undersigned am planning on pursuing a 42 U.S.C. section 1983 civil tort claim against Stateville Correctional Facility, Pontiac Correction Facility and the Adjustment committee at both facilities as well as IDOC. I am requesting that you if you can give me any assistance that you can. In the event that you are not able to render the services that I am in need of I would appreciate it if you could direct me to a firm or attorney that could assist me in my endeavors. Any help that you could give me would be greatly appreciated. Thank you for your time and cooperation.

RESPECTFULLY SUBMITTED

*Jose J. Cruz*

Jose Cruz - ID# 2007 002 8828
P.O. Box 089002
Chicago IL 60608
-Cook County Jail-



**Uptown People's Law Center**
4413 North Sheridan
Chicago, Illinois 60640

CHICAGO IL 606
05 SEP 2007 PM 3 L

THIS CORRESPONDENCE IS FROM
The Uptown People's Law Center
PRIVILEGED LEGAL COMMUNICATION

Mr. Jose Cruz, #20070028828
Cook County Department of Corrections
P.O. Box 089002
Chicago, IL 60608

*Privileged Legal Correspondence*

**LEGAL MAIL - OPEN IN PRESENCE OF INMATE**

102C

ATTN: Thomas M. Durkin
Mayer Brown & Platt

CHICAGO IL 606
31 AUG 2007 PM 3 L

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 60608900102     *2542-02659-31-38*

JOSE CRUZ #2007-003-8138
Cook County Jail
P.O. Box 089002
Chicago IL 60608

**UPTOWN PEOPLE'S LAW CENTER**
4413 NORTH SHERIDAN • CHICAGO, IL 60640
773 • 769 • 1411    FAX   773 • 769 • 2224

September 4, 2007

**_PRIVILEGED ATTORNEY-CLIENT COMMUNICATION_**

Mr. Jose Cruz, #20070028828
Cook County Department of Corrections
P.O. Box 089002
Chicago, IL 60608

Re: **Request for Assistance**

Dear Mr. Cruz:

We received your letter asking for help with your civil rights case, criminal appeal, or other matter relating to your situation in prison. Unfortunately, we are not in a position to assist you. We are a very small legal clinic. While we represent many prisoners, we get hundreds of letters asking for help, but unfortunately we can only help a very few people. For your information, we do not practice criminal law--including appeals, habeas, post convictions, etc.

Please be assured that our inability to help you does not mean that you do not have a good claim. We are forced to turn down many claims which are both morally compelling and have a sound legal basis. We simply do not have the resources to help everyone who needs help. We are truly sorry that we will not be able to take on your case, but we simply do not have the time needed to properly represent you, and we do not want to commit to you that we would do something which we can not, in reality, do.

If your question is about a case you want to bring challenging the way you are being treated in prison, be sure that you exhaust all administrative remedies. With very few exceptions, federal law now requires that you complete the grievance process all the way through the ARB in Springfield. If you do not do so, or if you miss any deadlines, then you risk of forever losing the right to bring a case.

We are returning any documents you sent us. **_We have not kept copies_**.

We wish you the best of luck.

Sincerely,

**Uptown People's Law Center**